IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

## JOHN DAVID TERRY v. STATE OF TENNESSEE

**Criminal Court for Davidson County**
**No. 87-S-975**

---

**No. M1999-00191-SC-DDT-DD - Filed May 18, 2001**

---

### ORDER

The appellant, John David Terry, has filed a petition to rehear in this case contending that our opinion is in conflict with prior decisions and overlooks material facts and propositions of law. Upon due consideration, the petition to rehear is respectfully denied.

Justice Birch adheres to the views expressed in his dissent.


PER CURIAM